71 So.2d 118

### Charlie TOWNSEND v. STATE.

#### 5 Div. 582.

Supreme Court of Alabama.

March 11, 1954.

A. Drew Redden, Tallassee, for petitioner.

Si Garrett, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Charlie Townsend for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Townsend v. State, 71 So.2d 117.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and MERRILL, JJ., concur.